IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NEON NETWORK, LLC, ) | NO.  CIV 08-1188 PHX DGC |
| Plaintiff, ) | **TAXATION OF COSTS ORDER** |
| vs. ) | |
| ASPIS LIV FORSAKRING, ) | |
| Defendant. ) | |

Final judgment having been entered, plaintiff filed a Bill of Costs on June 30, 2009 seeking the taxation of $1,547.00.  The matter has been reviewed and all costs have been awarded.

It is therefore ordered that $1,547.00 be taxed by the clerk for the plaintiff and be made part of the judgment.

DATED this 22nd day of July, 2009.

RICHARD H. WEARE, CLERK

By: _Michael O'Brien_
Michael O'Brien
Chief Deputy Clerk